1

2

3

4

5

6                       **UNITED STATES DISTRICT COURT**

7                            **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,                    )
                                                )
9                    Plaintiff,                  )
                                                )
10         v.                                    )        2:10-CR-610-HDM (GWF)
                                                )
11  ERIC LAVON PERRY,                            )
                                                )
12  _____Defendant._____  )

13                      **PRELIMINARY ORDER OF FORFEITURE**

14         This Court finds that on February 25, 2011, defendant ERIC LAVON PERRY pled guilty to

15  Count One of a Two-Count Criminal Indictment charging him with Unlawful Possession of a Firearm,

16  in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

17         This Court finds defendant ERIC LAVON PERRY agreed to the forfeiture of the property

18  set forth in Forfeiture Allegation of the Criminal Indictment.

19         This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

20  America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the

21  Criminal Indictment and the offense to which defendant ERIC LAVON PERRY pled guilty.

22         The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section

23  924(d) and Title 28, United States Code, Section 2461(c):

24              a.      a High Standard Model B .22 caliber, semiautomatic pistol, serial number

25                      76777; and

26              b.      any and all ammunition ("property").

1    This Court finds the United States of America is now entitled to, and should, reduce the

2    aforementioned property to the possession of the United States of America.

3    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4    United States of America should seize the aforementioned property.

5    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6    ERIC LAVON PERRY in the aforementioned property is forfeited and is vested in the United States

7    of America and shall be safely held by the United States of America until further order of the Court.

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10   website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11   the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12   the name and contact information for the government attorney to be served with the petition, pursuant

13   to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

15   with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17   shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18   following address at the time of filing:

19           Michael A. Humphreys
             Assistant United States Attorney
20           Daniel D. Hollingsworth
             Assistant United States Attorney
21           Lloyd D. George United States Courthouse
             333 Las Vegas Boulevard South, Suite 5000
22           Las Vegas, Nevada 89101.

23   . . .

24   . . .

25   . . .

26   . . .

2

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency

3  following publication of notice of seizure and intent to administratively forfeit the above-described

4  property.

5    DATED this ___2nd___ day of ___March_____, 2011.

6

7

8                                    Howard D McKibben

9                        UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26