## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:10-CR-610-HDM (GWF) |
| ERIC LAVON PERRY, | ) |
| Defendant. | ) |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT ERIC LAVON PERRY

On March 2, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant Eric Lavon Perry to the United States of America. Docket #24.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant Eric Lavon Perry.

DATED this 1st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE